UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB LEAR, | CASE NO. C13-0347JLR |
| Plaintiff, | ORDER |
| v. | |
| SEATTLE HOUSING AUTHORITY, et al., | |
| Defendants. | |

Before the court is Plaintiff Rob Lear's Rule 56 "Motion Summary Judgment Retaliation" (MSJ (Dkt. # 26)), Motion for Leave to Amend Complaint (Mot. Leave to Am. (Dkt # 34)), and Motion for Leave to Amend Complaint for Joinder (2d Mot. Leave to Am. (Dkt. # 36)). The motion for summary judgment appears to be a complaint. The two motions for leave to amend Mr. Lear's complaint do not clarify why Mr. Lear would like to further amend his complaint. Collectively, the court construes Mr. Lear's three motions as a single motion to amend his complaint. The court does this rather than

ORDER- 1

striking the motions because it is early in the case, Mr. Lear is pro se, and the court grants pro se litigants more leeway. *See Haines v. Kerner*, 404 U.S. 519 (1972) (pro se complaints should be held to less stringent standards than formal pleadings drafted by lawyers). The court has already granted Mr. Lear leave to amend his complaint once before, and the reasoning of the court's prior opinion applies here as well. (*See* Order Granting Unopposed Mot. for Leave to Am. (Dkt. # 20).) Having considered the motions, the parties' submissions filed in support and opposition, the applicable law and the remainder of the record, the court GRANTS Mr. Lear's motion to amend (Dkt. ## 26, 34, 36) and grants him 10 days to file a single, updated complaint. The court will not look favorably on future motions of this nature.

Dated this 12th day of August, 2013.

JAMES L. ROBART
United States District Judge

ORDER- 2